IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX-19-518 |
| | * | |
| LACHANN ALEXIS GREEN, | * | |
| | * | |
| Defendant | * | |
| | * | |

*******

**UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE**

The United States of America, by its attorney, Jonathan F. Lenzner, Acting United States Attorney for the District of Maryland, respectfully moves this Court for the issuance of a Preliminary Order of Forfeiture in the above-captioned case pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure. A proposed Preliminary Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

1. On November 4, 2019, a federal grand jury sitting in the District of Maryland returned an Indictment, charging Lachann Alexis Green (the "Defendant") with wire fraud, in violation of 18 U.S.C. § 1343 (Counts One through Five). ECF No. 1.

2. The Indictment also included a forfeiture allegation which provided notice that the United States intended to seek forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853, 28 U.S.C. § 2461(c), upon conviction of the Defendant of the offenses alleged in Counts One through Five of the Indictment.

3. On February 10, 2021, the Defendant pled guilty to the offense alleged in Count One of the Indictment. ECF. No. 46. As part of her guilty plea, the Defendant agreed to entry of an order of forfeiture to include a money judgment in the amount of at least $246,179.09 in

U.S. currency equal to the value of the property derived from, or otherwise involved in, the Defendant's offense.  *Id.* ¶¶ 12.

4.      In support of her guilty plea, the Defendant executed a Stipulation of Facts in which the Defendant admitted that she personally obtained at least $246,179.09 in proceeds traceable to the scheme to defraud.   ECF 46.

5.      Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the United States is now entitled to a forfeiture money judgment in the amount of $246,179.09 in U.S. currency against the Defendant.

6.      Further, the United States may move at any time, pursuant to Rule 32.2(e)(1)(B) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(p), to forfeit any property of the defendant up to the value of the forfeiture money judgment included in the Preliminary Order of Forfeiture.   Upon issuance of any order forfeiting specific property, the United States will publish notice in accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure.

7.      The United States also seeks permission to conduct any discovery that might be necessary to identify, locate, or dispose of forfeited property, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m).

WHEREFORE, the United States requests that this Court:

(a)     enter the Preliminary Order of Forfeiture in the form submitted herewith;

(b)     include the forfeiture, as set forth in the Preliminary Order of Forfeiture, in the oral pronouncement of the Defendant's sentence;

(c)     retain jurisdiction for the purpose of enforcing the forfeiture; and

(d)     incorporate the Preliminary Order of Forfeiture in the criminal judgment entered

against the Defendant, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4).

        Respectfully submitted,

        Jonathan F. Lenzner
        Acting United States Attorney

By:   /s/_____
        Dana J. Brusca
        Assistant United States Attorney

        Craig G. Fansler
        Special Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Preliminary Order of Forfeiture, as well as the proposed Preliminary Order of Forfeiture, were filed through the Electronic Case Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/
Dana J. Brusca
Assistant United States Attorney